UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID GANN,<br><br>          Plaintiff,<br><br>    v.<br><br>ARNOLD SCHWARZENNEGER, et al.,<br><br>          Defendants.<br>_____/ | CASE NO.   1:09-CV-1616-MJS (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR RULING<br><br>(DOC. 12) |

      Plaintiff John David Gann ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion for Ruling (Docket # 12) filed on May 3, 2010.  The Motion asks the Court to rule on Plaintiff's request to proceed in forma pauperis.

      By Order of April 29, 2010, the Court granted Plaintiff leave to proceed in forma pauperis (Docket # 10).

      Accordingly, Plaintiff's Motion for Ruling (Docket # 12) is DENIED as moot.

IT IS SO ORDERED.

Dated:   June 16, 2010                    /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE