1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT FOR THE

6                          EASTERN DISTRICT OF CALIFORNIA

7

8  JOHN DAVID GANN a/k/a JENNIFER          1:09-cv-1616-MJS (PC)
   GANN,

9          Plaintiff,                      ORDER DENYING MOTION FOR
                                           APPOINTMENT OF COUNSEL
10 vs.

11 A. SCHWARZENEGGER, et al.,              (ECF No. 16)

12         Defendants.

13 _____/

14        On November 1, 2010, Plaintiff John David Gann a/k/a Jennifer Gann filed a motion

15 seeking the appointment of counsel.

16        Plaintiff does not have a constitutional right to appointed counsel in this action, Rand

17 v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the Court cannot require an attorney

18 to represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District

19 Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S. Ct. 1814, 1816 (1989).

20        In certain exceptional circumstances the Court may request the voluntary assistance

21 of counsel pursuant to section 1915(e)(1).  Rand, 113 F.3d at 1525.  However, without a

22 reasonable method of securing and compensating counsel, the Court will seek volunteer

23 counsel only in the most serious and exceptional cases.  In determining whether

24 "exceptional circumstances exist, the district court must evaluate both the likelihood of

25 success of the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light

26 of the complexity of the legal issues involved."  Id. (internal quotation marks and citations

27 omitted).

28        In the present case, the Court does not find the required exceptional circumstances.

   Even if it is assumed that Plaintiff is not well versed in the law and that he has made

1  serious allegations which, if proved, would entitle him to relief, his case is not exceptional.

2  This court is faced with similar cases almost daily.  Further, at this early stage in the

3  proceedings, the Court cannot make a determination that Plaintiff is likely to succeed on

4  the merits, and based on a review of the record in this case, the Court does not find that

5  Plaintiff cannot adequately articulate his claims.  Id.

6      For the foregoing reasons, Plaintiff's Motion for the Appointment of Counsel [ECF

7  No. 16] is DENIED without prejudice to Plaintiff refiling the instant Motion at a later stage

8  in these proceedings.

9

10

11  IT IS SO ORDERED.

12  Dated:   November 8, 2010          /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28